IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18 CR 474 |
| Plaintiff, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| v. | |
| FUJING ZHENG, <br> aka, GORDON JIN, <br> aka, MR. JIN, <br> aka, GORDON ZHENG <br> aka, JINXINXIN, <br> aka, FU JING ZHENG, <br> aka, DENG GAO, <br> GUANGHUA ZHENG, <br> aka, GUANG HUA ZHENG | MOTION TO SEAL INDICTMENT |
| Defendants. | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Matthew J. Cronin, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): Law enforcement is currently actively involved in undercover communications and controlled buys with the defendants listed in the indictment. Law enforcement is also actively seeking forfeiture of defendants' assets. There is also a significant probability that the defendants will attempt to destroy evidence or otherwise obstruct justice if they learn about the indictment at this time. Based on the ongoing investigation and the fact that the defendants are likely to obstruct justice, the United States respectfully requests that this indictment be placed under seal at this time.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Matthew J. Cronin

Matthew J. Cronin (VA: 80267)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3955
(216) 522-7499 (facsimile)
Matthew.Cronin@usdoj.gov