

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-474 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| FUJING ZHENG, ET AL | ) | MOTION TO UNSEAL INDICTMENT |
| | ) | |
| Defendant. | ) | |
| | ) | **FILED UNDER SEAL** |
| | ) | |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Matthew J. Cronin, Assistant United States Attorney, respectfully moves the Court for an Order unsealing the indictment filed in Case Number 1:18-CR-474.

Counsel for the government submits that the indictment was ordered sealed at the government's request since the contents related to an ongoing investigation and sealing of the indictment was deemed necessary to prevent compromise of the investigation. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing the indictment filed in Case Number 1:18-CR-474.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Matthew J. Cronin

Matthew J. Cronin (VA: 80267)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3955
(216) 522-7499 (facsimile)
Matthew.Cronin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

_____
Matthew J. Cronin
Assistant U.S. Attorney